UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-23254-REID

YANCEY SANCHEZ,

    Plaintiff,

v.

HIREAPP TECHNOLOGIES, INC.,

    Defendant.

_____/

**ORDER APPROVING SETTLEMENT AGREEMENT**

    This cause is before the Court following a Settlement Conference conducted before the Undersigned on December 13, 2022. [ECF No. 15]. The parties have consented to magistrate judge jurisdiction. [ECF No. 16]. At the Conference the parties decided to settle their dispute. The Court has conducted a Fairness Hearing and has considered the terms of the parties' agreement to settle Plaintiff's claims (the "Agreement").

    This case involves claims of unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provision." *Lynn Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.* at 1354.

In this case, there is a bona fide legal and factual dispute of the FLSA provisions, and both parties were represented by counsel. The Court has reviewed the terms of the Agreement, including the amount Plaintiff will receive and the attorney's fees and costs to be received by counsel, and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Agreement (including attorney's fees and costs) is hereby **APPROVED**, and the case be **DISMISSED WITH PREJUDICE**. The Court will **retain jurisdiction for 30 days following the date of entry of this Order**, to enforce the terms of the Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida this 6th day of January 2023.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **All Counsel of Record**